COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NOS. 2-03-071-CR

2-03-072-CR

2-03-073-CR

2-03-074-CR

2-03-075-CR

2-03-076-CR

ALFONSO GARCIA, JR. A/K/A APPELLANT

ALFONSO GARCIA

V.

THE STATE OF TEXAS STATE

----------

FROM THE 372
ND
 
DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant's “Motion To Withdraw Notice Of  Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
 Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss these appeals. 
 See id.;
 
Tex. R. App. P.
 43.2(f).

PER CURIAM

PANEL D: WALKER, J.; CAYCE, C.J.; and DAY, J.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

[DELIVERED MARCH 20, 2003]

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.